McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )    CR. NO. S-04-0116-EJG
           Plaintiff,              )
                                   )
     v.                            )
GAYLE LEA FARINHA                  )
                                   )
           Defendant.              )
_____)
                                   )
UNITED STATES OF AMERICA,          )
                                   )    CR. NO. S-06-0149-GEB
           Plaintiff,              )
                                   )
     v.                            )
GAYLE LEA FARINHA,                 )
                                   )    MOTION TO RELATE CASES
           Defendant.              )    AND  ORDER
_____)

        Pursuant to this Court's Local Rule 83-123(3) & (4), plaintiff

United States of America hereby notifies the Court of the filing of

a related case and the United States further moves that the case be

related.

        On March 24, 2004, an Indictment was filed initiating case no.

CR. S-04-0116-EJG against Gayle L. Farinha.  The matter was

assigned to U.S. District Court Judge Edward J. Garcia.  The

Indictment charged Farinha in fourteen felony counts (including

1

1  conspiracy, possession of stolen U.S. Mail, and unlawful use of

2  means of i.d. of another to commit a federal crime).

3      On July 30, 2004, defendant Farinha was convicted as charged

4  in Count One, conspiracy to possess stolen U.S. Mail (18 U.S.C.

5  371, 1708), and she was convicted as charged in Count Fourteen,

6  unlawful use of means of i.d. of another to commit a federal

7  offense (18 U.S.C. 1028(a)(7)).  See Second Amended Judgment (dated

8  June 3, 2005).  CR 38.

9      On September 28, 2005, Judge Garcia issued a Petition to

10 Modify Conditions of Supervised Release because defendant Farinha

11 "had not been truthful with the Court through the Court process

12 with regards to illicit drug activity."  CR 39.  Then, on March 9,

13 2006, Judge Garcia issued a Petition for Warrant for Offender under

14 Supervision (Farinha) alleging 5 violations of conditions of

15 supervised release.  CR 40.  The petition is currently pending

16 before Judge Garcia.

17     On April 6, 2006, the United States filed an Information

18 charging defendant Farinha with lying to a federal officer in

19 violation of 18 U.S.C. 1001.  See Cr. 06-0149-GEB.  Counsel for

20 defendant Farinha and the United States have negotiated a

21 disposition for the new charge.  Both counsel request that the new

22 charge in Cr 06-0149-GEB be related before the same judicial

23 officer now handing the March 9, 2006 Petition for Warrant for

24 Offender under Supervision (Farinha), namely, Judge Garcia.

25     The United States submits that the recently charged matter

26 against Farinha, Cr. 06-0149-GEB, should be related before Judge

27 Garcia with the earlier charged case against Farinha, Cr. 04-116-

28 EJG.  In each case there is the same defendant.  The newly charged

2

conduct in Cr. 06-0149-GEB is alleged to have occurred while the

offender was under a supervised release Order from Judge Garcia.

Accordingly, the United States submits that in each case,

there are related evidence issues, sentencing issues and/or similar

witness concerns.  Significantly, relation of the case concerning

Farinha with the case already before the previously assigned

judicial officer (Judge Garcia) would help court personnel and

witnesses deal with prosecutive and judicial burdens.  Indeed,

relating the Farinha matter with the earlier case would be

efficient for the U.S. Probation Office.


Dated: 04/06/06                        McGREGOR W. SCOTT
                                       United States Attorney

                                            /s/Michelle Rodriguez
                                       By: _____
                                       MICHELLE RODRIGUEZ
                                       Assistant U.S. Attorney


            ---------------------------------------------


### **RELATED CASE ORDER**

Examination of the above-captioned matter, CR. NO. S-04-0116-

EJG, and the criminal action in CR. NO. S-06-0149-GEB reveals that

the actions are related within the meaning of Local Rule 83-123.

The actions involve similar transactions, including as to

defendants and witnesses, and would therefore entail a substantial

duplication of labor if heard by different judges.  Accordingly,

the assignment of the matters to the same judge is likely to effect

a substantial savings of judicial effort and is also likely to be

convenient for the parties.

3

1   The parties should be aware that relating the cases under

2   Local Rule 83-123 merely has the result that the actions are

3   assigned to the same judge; no consolidation of the actions is

4   effected.  Under the regular practice of this court, related cases

5   are assigned to the judge to whom the first filed action was

6   assigned.

7   IT IS THEREFORE ORDERED that the action denominated CR. NO.

8   S-06-0149-GEB is reassigned to Judge Edward J. Garcia, for all

9   further proceedings.  Henceforth, the caption on documents filed in

10  the reassigned case shall show the initials "EJG" instead of the

11  other jurist's initials.

12  IT IS FURTHER ORDERED that the clerk of the Court make

13  appropriate adjustment in the assignment of criminal cases to

14  compensate for this reassignment.

15

16  DATED:   April 7, 2006            /s/ Edward J. Garcia
                                      U.S. DISTRICT COURT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

4